**E-FILED on**    07/29/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIERRE DUBE<br><br>       Plaintiff,<br><br>  v.<br><br>NETMANAGE, INC. LONG-TERM DISABILITY PLAN.<br><br>       Defendant. | No. C-09-01470 RMW<br><br>JUDGMENT |

    On July 29, 2009 this court granted default judgment in favor of plaintiff Pierre Dube and against defendant NetManage, Inc. Long-Term Disability Plan. Plaintiff is entitled to $135,434.42.

    IT IS HEREBY ORDERED THAT defendant shall pay to plaintiff $135,434.42.

**Dated:**    7/29/09

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-01470 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Cassie Springer-Sullivan    css@ssrlawgroup.com
Michelle L. Roberts         mlr@ssrlawgroup.com

**Counsel for Defendants:**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   7/29/09                              JAS
                                         **Chambers of Judge Whyte**

JUDGMENT—No. C-09-01470 RMW

2