Cassie Springer-Sullivan (221506)
Michelle L. Roberts (239092)
SPRINGER-SULLIVAN & ROBERTS LLP
410 12th Street, Suite 325
Oakland, California 94607
Telephone: (510) 992-6130
Facsimile:  (510) 280-7564

Attorneys for Plaintiff
**Pierre Dube**

C. Mark Humbert (111093)
Horace W. Green (115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendant
**NetManage, Inc. Long-Term Disability Plan**

*E-FILED - 12/23/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE DUBE, | Case No.  C 09-1470 RMW |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| NETMANAGE, INC. LONG-TERM DISABILITY PLAN, | |
| Defendant. | |

Plaintiff PIERRE DUBE and Defendant NETMANAGE, INC. LONG TERM DISABILITY PLAN, by and through counsel of record, hereby stipulate that this matter may be dismissed with prejudice in its entirety, each side to bear its own fees and costs.

STIPULATION AND ORDER OF DISMISSAL - Case No.  C 09-1470 RMW

| | | |
|---|---|---|
| 1 | DATE: December 14, 2009 | SPRINGER-SULLIVAN & ROBERTS LLP |

By: **/s/ Cassie Springer-Sullivan**
CASSIE SPRINGER-SULLIVAN

Attorneys for Plaintiff
PIERRE DUBE

DATE: December 14, 2009    GREEN & HUMBERT

By: **/s/ Horace W. Green**
HORACE W. GREEN

Attorneys for Defendant
NETMANAGE, INC. LONG TERM DISABILITY PLAN

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED**

That this matter be, and hereby is, dismissed with prejudice. Each party to bear its own costs of suit.

Dated: 12/23/09

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge